**EXHIBIT 2
BRENNAN AFFIFAVIT**

## AFFIDAVIT OF JOHN BRENNAN

I, John Brennan, hereby declare as follows:

1. I have been employed by Boston Beer Company since January 2019 as a "Brewery Representative" and thereafter a "Senior Brewery Representative." Over the past three and a half years, I have received overwhelmingly positive performance reviews and been told by many senior level employees at Boston Beer that I had management capabilities and was on track to become a manager-level employee at this company; unfortunately, since the end of April 2022, this has taken a clear change, though my performance has remained just as strong.

2. On April 27, 2022, I was contacted by Lauren Manchester and asked to speak with her about a confidential matter relating to the New England team.

3. Prior to this outreach from Lauren Manchester, my coworker, Katie Fritts, had given me a heads up she had spoken to and sent a letter to Lauren Manchester detailing grievances she had with our direct manager, Michael Rice; Katie asked if she could give my name to Lauren Manchester as one of a few individuals at the company who could speak to actions Michael Rice had undertaken to target and retaliate against Katie. I told Katie she could give Lauren Manchester my name, and I would happily speak to H.R. about Katie's claims.

4. On April 28, 2022, I was contacted by Lauren Manchester. I was surprised because during our conversation, I was not directly asked any questions about Michael Rice's treatment of Katie Fritts. I was not asked any questions pertaining to how Michael Rice treated any of my co-workers—I was only directly questioned about how Michael Rice treated me. I did speak negatively about Michael Rice and his management practices during this call with Lauren Manchester.

Page **1** of **7**

5.  One of the questions I was asked during the April 28, 2022 call with Lauren Manchester included whether I believed additional training could help change the personal grievances I had voiced about Michael Rice; on the call, I responded, "sure, additional training can always help." Thereafter, upon reflecting on this question and losing sleep for over a week, I felt it was important to clarify my answer and definitively state I did not believe it was a training issue or any training could fix the grievances I had expressed pertaining to Michael Rice. I wrote an email to Lauren Manchester stating this, and received a Teams invitation to speak with Lauren Manchester and attorney Jen DiMarzo the following day (May 8, 2022).

6.  During my May 8, 2022 conversation with Lauren Manchester and Jen DiMarzo, again, I was only asked questions about how Michael Rice treated me; I was not asked if I had observed Michael Rice unfairly target, discriminate against, or retaliate against any of my co-workers—if I had been asked this question, I would have answered, "yes." I did mention I had heard Michael Rice make derogatory remarks about external wholesalers; when I mentioned this, Jen DiMarzo abruptly asked if I had heard Michael Rice make any lewd or sexual comments to female wholesalers; I interpreted this question to inquire only whether I had personally heard Michael Rice make any lewd or sexual comments in front of me about female wholesalers, which there are very few of, and I answered, "no." I was not asked during the Mary 8, 2022 call if I had heard Michael Rice make any lewd comments about female employees at Boston Beer. I was not directly asked if I had heard or observed Michael Rice sexually harass or discriminate against female employees at Boston Beer; had I been asked this, I would have answered, "yes." I was also not directly asked if Michael Rice had discriminated against, targeted, and/or retaliated against women on our team; had I been asked this, I would have answered, "yes." It is my belief Lauren Manchester and Jen DiMarzo intentionally did not ask me these questions.

Page **2** of **7**

7. On the May 8, 2022 call with Lauren Manchester and Jen DiMarzo I also was not asked any specific questions about Katie Fritts and the way she has been treated by Michael Rice. Had I been asked if Katie Fritts was retaliated against by Michael Rice and targeted for being a woman who has stood up and defended herself and other women at the company, I would have answered, "yes." It is my strong belief Michael Rice gave Katie Fritts a "mixed" i.e., "poor" performance review to tank Katie Fritts' career at Boston Beer.

8. Though Michael Rice has promoted women employees at Boston Beer, it is my belief he has only done so when they go along with him targeting, harassing, and retaliating against other women employees—like Katie Fritts; the women Michael Rice has promoted do not stand up to Michael Rice when he acts invalidly, both legally and professional speaking.

9. I have also directly observed Michael Rice harass and target my co-worker Bobby Cotter due to his age, and it is my belief Michael Rice is trying to run Bobby Cotter out of the company solely because Bobby Cotter is older—which Michael Rice takes clear issue with. Despite the fact Bobby Cotter is well liked, has high sales, and has a vast knowledge of the industry, Michael Rice dislikes Bobby Cotter because he is older, and Michael Rice does not like the appearance of older employees on his team.

10. It is disgusting to watch Michael Rice demean and belittle Bobby Cotter—a kind, knowledgeable salesman in his fifties with over thirty years of experience in the beery industry; I know Bobby Cotter has also suffered physical and mental distress because Michael Rice has discriminated against him.

11. I have had time to reflect on the events that have transpired over the past few weeks. It is my belief that not only has no progress been made on this investigation, but no meaningful investigation has taken place at all.

12. My coworkers and I have been placed in very difficult situations by taking part in these questionings, only for Boston Beer to not take our concerns seriously.

13. Because Boston Beer has sided with Michael Rice—and recently promoted Michael Rice—the company has condoned discrimination against its employees because of their gender and age.

14. I have also been retaliated against and targeted by Michael Rice for speaking candidly as part of the investigation the company is conducting due to Katie Fritts' allegations.

15. Michael Rice can view my calendar invites and scheduled meetings; therefore, he saw Lauren Manchester scheduled a meeting to speak with me on April 28, 2022, and, upon information and belief, Michael Rice inferred, or was directly told, I spoke negatively about him during my meeting with Lauren Manchester.

16. Several weeks prior to the onset of the investigation into Katie Fritts' allegations at the end of April 2022, I had applied for and was in the process of interviewing for a managerial market team lead position. In mid-April 2022, Michael Rice told me he was "looking forward" to my interview for this role. Several months prior to this, I had applied for a national accounts managerial position, which I viewed as a "reach" for me; though I did not get the position, Michael Rice's direct feedback to me was, "I think you'll get the next one." When I received a "highly successful" 2021 annual performance review in January 2022, attached hereto as "Exhibit 1," I made it clear to Michael Rice and Ryan Kelly I would be applying to any available managerial roles in the area. Thus, prior to speaking candidly and negatively about Michael Rice, as part of the company's "investigation" into Katie Fritts' allegations on April 28, 2022, it was made evident to me I was the forerunner to receive the managerial market team lead promotion, based on both my performance and subjective review by Michael Rice and his superior, Ryan Kelly.

17. On May 2, 2022, Michael Rice and Katie Healy interviewed me for the managerial team lead position. Despite the fact I have had higher performance reviews and have over a year of additional experience at Boston Beer, the position was given to one of my female co-workers, Catherine Shanley; I believe this was purposely done by Michael Rice to retaliate against me for speaking negatively about him on April 28, 2022, and to allow Boston Beer to state Michael Rice had recently promoted a female employee (which cuts against Katie Fritts' allegations).

18. Although it is not my intention to "throw anyone under the bus," I had a conversation with Catherine Shanley prior to her promotion; Catherine directly told me she was not prepared, nor did she have the work ethic or interest in becoming a manager. Catherine told me she was looking to leave Boston Beer because she was not passionate about the beer industry. I have evidence in the form of screenshots of text messages in which Catherine asked Katie Fritts and I to disregard what she had told us to this effect, should Katie Fritts or I become her manager in the future.

19. Michael Rice has been protected for no other reason than he is friends with individuals in higher positions at the company, such as Ryan Kelly; by way of example, in the past, Michael Rice has conducted video meetings with our team while "house-sitting" for Ryan Kelly, which we all felt was very strange and reflected an inappropriate relationship between the two.

20. I am appalled by the way in which a company I have worked for, for years has treated Katie Fritts, Bobby Cotter, and myself. It has been very difficult for me to watch Michael Rice discriminate against Katie Fritts and Bobby Cotter, and for Boston Beer to ratify—and encourage—this discrimination by promoting, and now protecting, Michael Rice.

21. I would not have achieved the success I have achieved at Boston Beer, which is reflected in my performance reviews, without Katie Fritts and Bobby Cotter. Both Katie Fritts and Bobby

Cotter have taken on many of the "managerial" tasks Michael Rice neglects to do, and they have been pillars of support and strength for our entire team.

22. When I learned about the original investigation that had been requested by Katie Fritts, it seemed like real change might finally come about after the three and a half years of mental and physical deterioration I have suffered because of Michael Rice.

23. I have endured many sleepless nights over fear of what Michael Rice could do to my career and how he would retaliate against me going forward. This was documented during my conversation with Lauren Manchester on April 28, 2022—but Boston Beer still allowed Michael Rice to interview me on May 2, 2022 and retaliate against me thereafter.

24. Since I honestly answered Lauren Manchester's line of questioning about how working for Michael Rice has negatively impacted by mental and physical health, I have been treated differently. The only logical reason for this difference in treatment is that I have finally voiced my grievances and supported the grievances of team members who were discriminated against.

25. It is my belief individuals within the New England Division are promoted arbitrarily, unfairly, and the promotions are not based on data or the other "objective" or "self-reported" metrics the company points to.

26. Boston Beer's promotion policies and practices have allowed individual managers, like Michael Rice, to discriminate by gender and age, which he did to Katie Fritts and Bobby Cotter. It has also allowed managers to retaliate against employees who support and speak truthfully during investigations spearheaded by employees who have been discriminated against, which is what Michael Rice did to me.

27. I am appalled that Boston Beer has defended Michael Rice's wrongdoing and taken every opportunity to condemn Katie Fritts and me for coming forward with these allegations.

28. Further, this investigation has been a pretextual sham; Katie Fritts was told the investigation was complete, but I was told on two separate occasions the investigation is ongoing.

29. I can assure Boston Beer all of the grievances and issues raised by Katie Fritts and myself share a common denominator, Michael Rice, and the company's ratification of his discriminatory and retaliatory practices—as well as the mental and physical suffering he has subjected Katie Fritts, Bobby Cotter, myself, and others to.

30. My future at this company was clearly placed in jeopardy the moment I chose to speak and voice my grievances with Michael Rice and to substantiate claims of discrimination against my co-workers. In return for supporting them, I was retaliated against. This is not what I believed Boston Beer stands for.

31. I wanted to dedicate my life and career to this company, and I am heartbroken that Boston Beer—a company I so adamantly believed in—has treated myself and my coworkers this way.

I sign under the pains and penalties of perjury pursuant to the laws of Massachusetts that the foregoing is true and correct to the best of my ability.

Dated: May 31, 2022

John Brennan

# EXHIBIT 1

John,

I have rated you at Highly Successful Performance this year. Congratulations! You have made improvements against your opportunities throughout the entire year and have been relentless and consistent in demonstrating a high level of performance. This success is evident in PowerBI, our days together, your monthly success stories, and my conversations with Amoseag

Some of your top accomplishments that come to mind:

- 1. Long Term Planning/ Valuing Collaboration- Candia. You cracked this for BBC and Amoskeag. Great collaboration with many facets (on prem/ off prem account, custom sam, the table guy, multiple decision makers, Chrab, Mayo.)
- 2. Bonfire- cracked a tough buyer and DOMINATED Manchester's busiest bar. Your hard work and persistence paid off here
- 3. Tactfully embraced MOB transition, and crushed it early
- 4. Biggest win: your drive this year. You held yourself to a high standard and multiplied yourself through your wholesaler team. You can't leverage/ ask back without this. You should be very proud of your persistence and development.

<u>Capabilities you use to achieve results</u>:

-Enthusiasm for the industry and our products, personal desire to be the best you can be

-Taking feedback from one call putting into action in the next one.

-tools- you always have them on you, and know when to use the right one without forcing

<u>Competencies you use to achieve results:</u>

-Value collaboration (Amoskeag relationships)

> Your biggest strength

-Drive Action (getting your hands dirty to directly build credibility)

-Own your Development

<u>BBC Values:</u>

-Act with Accountability- you hold yourself accountable through your desire to be dominant and be successful. You drive this through Amoskeag with your communication, and actions.

-Own Your Development- you reflected this year on what wasn't working in the past and used it to drive you forward. We had a conversation last year about this (not letting the obstacle be a wall), you should be proud of this personal development. Lots of examples this year of clarifying questions after receiving feedback. This speeds up your development and was a big factor this year

- We had some GREAT days together this year because of the above.

Here are some development areas I'd like to see you develop in 2022:

- Navigate Complexity- you have the pulse on your market better than an EKG machine. With new brand coming (some we know about, some we don't!), how can you continue to farm and hunt to ask for more. This is where Amoskeag will need the most help too, let's drive this topic on our days together.

-Continue to drive the commitment from the buyer at those accounts where you get pushed back to the Amoskeag rep for the decision. You do a great job of closing the deal with them and ultimately getting the fulfillment. The more you can eliminate this extra step, the more efficient you will be.

John, you are a highly valued member of team NH. It has been a pleasure watching it all come together for you this year, all while becoming a leader on this team. I look forward to continuing to learn from each other in 2022, and sharing many successes together.