UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN BRENNAN, KATHERINE FRITTS, MAXX HOCKENBERRY and CASEY GOSPODAREK<br><br>                Plaintiffs,<br>v.<br><br>THE BOSTON BEER COMPANY, INC.<br>                Defendant. | Hon. George A. O'Toole, Jr.<br><br>Case No. 1:24-cv-10029 |

**JOINT STATUS REPORT**

Counsel for the parties John Brennan, Katherine Fritts, Maxx Hockenberry and Casey Gospodarek ("Plaintiffs") and The Boston Beer Company, Inc. ("Defendant") (collectively "Parties") respectfully submit this Joint Status Report in accordance with the Court's Order entered on October 14, 2025 (ECN No. 51).

The Parties have engaged in discovery and continue to engage in discovery. Specifically, the Parties have served paper discovery requests and responses (Interrogatories and Requests for Production of Documents).

The Parties are continuing to confer about the appropriate scope of ESI and are engaging in good faith attempts to resolve their disputes. For example, the Parties have agreed on custodians to be searched and are continuing to confer regarding the appropriate time frames to be applied to each custodian as well as the specific search terms to be used. Once ESI is completed, the Parties intend to complete their respective depositions. However, despite their good faith efforts, the Parties are mindful that such discovery will not be completed by November 24, 2025, which is the current deadline to complete fact discovery.

The Parties anticipate requesting the Court for additional time to complete fact and expert discovery, the length of which will depend on finalizing their ESI negotiations.[1] Depending on the pace of ESI production, the Parties have tentatively discussed conducting fact depositions in January, with expert discovery to follow. The Parties' negotiations concerning ESI discovery are ongoing, but they are endeavoring to obtain more complete information in advance of the status conference set by this Court.[2]

WHEREFORE, the Parties respectfully request that this Court allow the Parties to proceed with the schedule as outlined above. The Parties believe that this will be the most efficient way to proceed with this matter.

Respectfully submitted,

| | |
|---|---|
| */s/ Ashley M. Pileika* | */s/ Jessica S. Jewell* |
| Ashley M. Pileika (BBO# 709954) | Jessica S. Jewell (BBO# 679489) |
| Law Office of Darren Wolf, P.C. | Nixon Peabody LLP |
| 1701 N. Market St., Suite 210 | 53 State Street |
| Dallas, TX 75202 | Boston, MA 02109 |
| Ph. (214) 346-5355 | Ph. (401) 454-1046 |
| Fax: (214) 346-5909 | Fax: (401) 454-1030 |
| Email: ashley@darrenwolf.com | Email: jsjewell@nixonpeabody.com |

---

[1] The Parties believe they have significantly narrowed their dispute, but reaching a full accord requires understanding the scope of hits returned by the negotiated custodians, search terms, and date ranges. Such a process is iterative and can be time consuming.

[2] Counsel for Plaintiffs communicated to counsel for Defendant concerning an additional action anticipated to be filed after the Court's status conference, and that such action will be related to the present action.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed and served a copy of the within document via the Court's Electronic Filing System to all counsel of record registered and able to receive Electronic Filings in this case on this 5th day of November, 2025.

                                             */s/ Jessica S. Jewell*